Lafayette Radio Electronics Corporation *v.*
Jonnel Enterprises, Inc., Appellant.

Argued March 17, 1971.  Before Bell, C. J., Eagen, O'Brien, Pomeroy and Barbieri, JJ.

*Aaron Rosenzweig,* with him *Samuel M. Rosenzweig,* and *Rosenzweig & Rosenzweig,* for appellant.

*Norman J. Cowie,* with him *Thomson, Rhodes & Grigsby,* for appellee.

OPINION PER CURIAM, December 20, 1971:
Decree affirmed; costs on appellant.
Mr. Justice JONES and Mr. Justice ROBERTS took no part in the consideration or decision of this case.